# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALPESH PATEL AND JIGNABEN PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY; FUTURE FORD OF CONCORD; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-05290-NW<br><br>Hon. Noel Wise<br><br>[PROPOSED] JUDGMENT |

The Court, having considered Plaintiffs' Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiffs KALPESH PATEL AND JIGNABEN PATEL ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 25, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $120,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: _____ April 24, 2026 _____        _____
                                        Hon. Noel Wise
                                        UNITED STATES DISTRICT JUDGE

1

[PROPOSED] JUDGMENT